**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

**UNITED STATES OF AMERICA,**
        **PLAINTIFF-APPELLEE**

                      **COA #: 22-1198**

**V.**

                      **DIST. CT. NO. 12-20218**

**TIMOTHY CARPENTER**
        **DEFENDANT-APPELLANT**

| | |
|---|---|
| Blake Hatlem, AUSA | Harold Gurewitz (P14468) |
| U.S. Attorneys Office | Gurewitz & Raben, PLC |
| 211 W. Fort Street, Suite 2001 | 333 W. Fort Street, Suite 1400 |
| Detroit, MI 48226 | Detroit, MI 48226 |
| (313) 226-9613 | (313) 628-4733 |
| Email: Blake.Hatlem@usdoj.gov | Email: hgurewitz@grplc.com |

Andrew C. Noll
U S Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
Andrew.Noll@usdoj.gov

---

### SUPPLEMENTAL MEMORANDUM IN SUPPORT OF
### MOTION FOR ORDER TO RECALL MANDATE

Defendant-Appellant Timothy Carpenter filed a Motion with this Court on March 19, 2024 asking it to recall the mandate in his case entered on September 27, 2023. (Doc. 36, 9/27/23).This Memorandum is submitted to update and to supplement information in support of his motion.

**<u>Background</u>**

Defendant Carpenter's motion to recall the mandate in his case recounted the history of his case on appeal in which he asked this Court to rule that Section 403(b) of the First Step Act should have applied at his resentencing after vacatur of his original sentence. Carpenter asked this Court to recall the mandate in his case because another case pending in this Court, *United States v. Jackson*, Case No. 22-3598, presented the same extraordinarily important issue as presented by Carpenter. Carpenter argued in support that if this Court were to rule favorably on Jackson's appeal, interests of justice would strongly support reasons that a favorable outcome in Jackson's case should provide a basis for relief in his case as well.

Carpenter's appeal asked this Court to reverse his 116 year sentence reimposed on remand after vacatur of his original judgment. After a panel rejected his argument that his case was distinguishable from this Court's holding in *United States v Jackson,* 995 F3d 522 (6th Cir 2021), Carpenter asked for review en banc and to reverse *Jackson*. This Court denied Carpenter's en banc petition in a published order on September 18, 2023. 80 F4th 790. Two judges concurred. Six judges dissented.

Carpenter then filed a Petition for Writ of Certiorari. *Carpenter v United*

*States,* Case No. 23-53. Although the government response to the petition agreed with Carpenter that this Court's opinion in his case was wrong on the merits, it urged the Supreme Court to deny certiorari, in part, because another opportunity was pending then in this Court in *United States v. Jackson*, No. 22-3598 to address the First Step Act issue Carpenter had raised. The Supreme Court denied certiorari in Carpenter's case on February 21, 2024.

### Supplemental Reasons

Defendant Carpenter submits this Memorandum to advise this Court that *Jackson's* Petition for En Banc Rehearing in Case No. 22-3598, was denied by this Court on April 9, 2024. It may be that Jackson will ask for review of this issue by the Supreme Court within the time allowed to file a Petition for Writ of Certiorari.

Carpenter also files this Memorandum to request this Court to defer any decision on his Motion to Recall Mandate pending the outcome of a case from another circuit that has presented the same First Step Act issue to the Supreme Court in a Petition for Writ of Certiorari, *Hewitt v. United States,* 23-1002. The Petition for Certiorari in *Hewitt* was filed on March 8, 2024. On March 28, 2024, the Supreme Court ordered the Solicitor General to file a Response. The Response is now due on April 29, 2024. According to the Supreme Court docket for the *Hewitt* case, a conference date has not yet been set for a date after the Response is

due.

The issue raised in *Hewitt* is precisely the same issue raised before this Court in both *Carpenter* and *Jackson*:

> Whether the First Step Act's sentencing reduction provisions apply to a defendant originally sentenced before the FSA's enactment and that sentence is judicially vacated, can the defendant be resentenced to a new term of imprisonment after the FSA's enactment.

*Hewitt v. United States*, Case No. 23-1002, Petition for Writ of Certiorari, p. i.

In light of the pending petition for certiorari in *Hewitt*, the same extraordinary reasons justifying recall of the mandate in Carpenter's case he has previously summarized remain. Those include: the issue presented to this Court by Carpenter is the same issue presented to the Supreme Court in *Hewitt* by Hewitt's petition for certiorari; as this Court has recognized, Carpenter's 116 year sentence, driven by mandatory consecutive 25-year sentences that would be dramatically reduced by application of the First Step Act, is "extreme by any measure;" (Doc 35-2 at 6, concurring); the First Step Act issue presented by Carpenter, Jackson, and now in *Hewitt*, presents "a question of extreme importance." *Id*. (Griffin, J., dissenting); and, "[t]he real human costs that this legal issue presents should not be overlooked" *(*Blumkatz, J., dissenting); Carpenter has been diligent in presenting his issues concerning the First Step Act in his en banc petition to this

Court and his Petition for Writ of Certiorari; and, finally, interests of justice should require that Carpenter be allowed to benefit from a favorable outcome in *Hewitt* if the Supreme Court grants certiorari and ultimately rules for him.

WHEREFORE, for all of these additional reasons, it is respectfully requested that this Court recall the mandate in this case, issued 9/27/23. (R36: Mandate, 9/27/23).

**GUREWITZ & RABEN, PLC**

By:   s/Harold Gurewitz
333 W. Fort Street, Suite 1400
Detroit, MI 48226
(313) 628-4733
Email: hgurewitz@grplc.com

Date: April 11, 2024       Attorney Bar Number: P14468

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2024, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all parties of record.

s/Harold Gurewitz (P14468)
Gurewitz & Raben, PLC
333 W. Fort Street, Suite 1400
Detroit, MI 48226
(313) 628-4733
Email: hgurewitz@grplc.com