# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

UNITED STATES OF AMERICA,
PLAINTIFF-APPELLEE

COA #: 22-1198

V.

DIST. CT. NO. 12-20218

TIMOTHY CARPENTER
DEFENDANT-APPELLANT

| | |
|---|---|
| Blake Hatlem, AUSA | Harold Gurewitz (P14468) |
| U.S. Attorneys Office | Gurewitz & Raben, PLC |
| 211 W. Fort Street, Suite 2001 | 333 W. Fort Street, Suite 1400 |
| Detroit, MI 48226 | Detroit, MI 48226 |
| (313) 226-9613 | (313) 628-4733 |
| Email: Blake.Hatlem@usdoj.gov | Email: hgurewitz@grplc.com |

Andrew C. Noll
U S Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
Andrew.Noll@usdoj.gov

## CARPENTER'S 2ND SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION FOR ORDER TO RECALL MANDATE

This is Defendant-Appellant Timothy Carpenter's Second Supplemental Memorandum submitted to provide information in support of his motion to recall the mandate in his case entered on September 27, 2023. (Doc. 36, 9/27/23).

## Background

Defendant Carpenter's motion to recall the mandate in his case recounted the history of his case on appeal in which he asked this Court to rule that Section 403(b) of the First Step Act should have applied at his resentencing after vacatur of his original sentence. Carpenter's Motion to Recall the Mandate was filed because of another case then pending before this Court, *United States v. Jackson*, Case No. 22-3598, which presented the same extraordinarily important issue as had been presented in Carpenter's appeal. Carpenter argued in support of his motion to recall the mandate that if this Court ruled favorably on Jackson's appeal, interests of justice would strongly provide a basis for relief in his case as well.

In Carpenter's case before this Court, he asked that it reverse his 116 year sentence reimposed on remand after vacatur of his original judgment. After a panel rejected his argument that his case was distinguishable from this Court's holding in *United States v Jackson,* 995 F3d 522 (6th Cir 2021), Carpenter asked for an en banc review and to reverse *Jackson.* This Court denied Carpenter's en banc petition in a published order on September 18, 2023. 80 F4th 790. Two judges concurred. Six judges dissented.

Carpenter then filed a Petition for Writ of Certiorari. *Carpenter v United States,* Case No. 23-53. Although the government response to the petition agreed

with Carpenter that this Court's opinion in his case was wrong on the merits, it urged the Supreme Court to deny certiorari, in part, because another opportunity was pending then in this Court in *United States v. Jackson*, No. 22-3598 to address the First Step Act issue Carpenter had raised. This Court, denied further review in *Jackson*. The Supreme Court denied certiorari in Carpenter's case on February 21, 2024.

In his first Supplemental Memorandum to the Court on April 11, 2024, Carpenter advised that a case presenting an issue substantially the same as his was pending before the U S Supreme Court in a Petition for Certiorari, *Hewitt v. United States*, 23-1002.

Since that date, on July 2, 2024, the Supreme Court granted certiorari in *Hewitt v. United States*, Case No. 23-1002, and in a companion case, *Duffy v. United States*, Case No. 23-10050. The Court ordered the cases consolidated for further proceedings. In addition, the defendant in *United States v Jackson* has filed a petition for writ of certiorari on July 2, 2024 raising the same issue in Case Number 23-7845.

The issue presented in *Duffy* is the same as the one presented in *Hewitt*, Case No. 23-1002:

Whether the First Step Act's sentencing reduction

provisions apply to a defendant originally sentenced before the FSA's enactment and that sentence is judicially vacated, can the defendant be resentenced to a new term of imprisonment after the FSA's enactment.

In light of the certiorari granted in *Hewitt* and *Duffy*, the same extraordinary reasons justifying recall of the mandate in Carpenter's case he has previously summarized remain. Those include: the issue presented to this Court by Carpenter is the same issue presented to the Supreme Court in *Hewitt* and *Duffy;* this Court has recognized that Carpenter's 116 year sentence, "extreme by any measure", driven by mandatory consecutive 25-year sentences, would be dramatically reduced by application of the First Step Act; (Doc 35-2 at 6, concurring); the First Step Act issue presented by Carpenter, Jackson, and now on review by the Supreme Court in *Hewitt* and *Duffy*, presents "a question of extreme importance." *Id*. (Griffin, J., dissenting); and, "[t]he real human costs that this legal issue presents should not be overlooked" *(*Blumkatz, J., dissenting).

Carpenter has been diligent in presenting his issues concerning the First Step Act in his en banc petition to this Court and his Petition for Writ of Certiorari. Interests of justice should require that Carpenter be allowed to benefit from a favorable outcome in *Hewitt* and *Duffy.* It is reasonably anticipated the *Hewitt* and *Duffey* should proceed to briefing and argument before the Court in regular course.

WHEREFORE, for all of these additional reasons, it is respectfully requested that this Court grant Mr. Carpenter's motion to recall the mandate in this case or continue to hold his motion to recall the mandate in his case in abeyance pending the outcome in the *Hewitt* and *Duffy* cases before the Supreme Court; and, then permit Carpenter to present a further request for relief to this Court upon issuance of any favorable decision in those cases.

Respectfully submitted,

**GUREWITZ & RABEN, PLC**

By:   s/Harold Gurewitz
333 W. Fort Street, Suite 1400
Detroit, MI 48226
(313) 628-4733
Email:  hgurewitz@grplc.com
Attorney Bar Number: P14468

Date: July 8, 2024

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2024, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all parties of record.

s/Harold Gurewitz (P14468)
Gurewitz & Raben, PLC
333 W. Fort Street, Suite 1400
Detroit, MI 48226
(313) 628-4733
Email: hgurewitz@grplc.com
