UNITED STATES OF AMERICA,
        PLAINTIFF-APPELLEE

                                            COA #: 22-1198

V.

                                            DIST. CT. NO. 12-20218

TIMOTHY CARPENTER
        DEFENDANT-APPELLANT

| Blake Hatlem, AUSA | Harold Gurewitz (P14468) |
|---|---|
| U.S. Attorneys Office | Gurewitz & Raben, PLC |
| 211 W. Fort Street, Suite 2001 | 333 W. Fort Street, Suite 1400 |
| Detroit, MI 48226 | Detroit, MI 48226 |
| (313) 226-9613 | (313) 628-4733 |
| Email: Blake.Hatlem@usdoj.gov | Email: hgurewitz@grplc.com |

Andrew C. Noll
U S Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
Andrew.Noll@usdoj.gov

## CARPENTER'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION FOR ORDER TO RECALL MANDATE

Defendant-Appellant Timothy Carpenter has filed a Supplemental

Memorandum and a Second Supplemental Memorandum to provide this Court

with updated information in support of his motion to recall the mandate in his case

entered on September 27, 2023. (Doc. 36, 9/27/23). Counsel requested the

mandate be recalled because of two cases pending in the US Supreme Court. The

purpose of this Memorandum is to advise the Court that those cases have not been

scheduled for argument before the Supreme Court on January 13, 2025.

In his first Supplemental Memorandum to the Court on April 11, 2024, Carpenter advised that a case presenting an issue substantially the same as his was pending before the U S Supreme Court in a Petition for Certiorari, *Hewitt v. United States*, 23-1002.

The Supreme Court granted certiorari in *Hewitt v. United States*, Case No. 23-1002, and in a companion case, *Duffy v. United States*, Case No. 23-10050 on July 2, 2024. The Court ordered the cases consolidated for further proceedings.

The issue presented in *Duffy* is the same as the one presented in *Hewitt*, Case No. 23-1002:

> Whether the First Step Act's sentencing reduction provisions apply to a defendant originally sentenced before the FSA's enactment and that sentence is judicially vacated, can the defendant be resentenced to a new term of imprisonment after the FSA's enactment.

In light of the certiorari granted in *Hewitt* and *Duffy* and the forthcoming argument, the same extraordinary reasons justifying recall of the mandate in Carpenter's case he has previously summarized remain. Those include: the issue presented to this Court by Carpenter is the same issue presented to the Supreme Court in *Hewitt* and *Duffy;* this Court has recognized that Carpenter's 116 year sentence, "extreme by any measure", driven by mandatory consecutive 25-year

sentences, would be dramatically reduced by application of the First Step Act; (Doc 35-2 at 6, concurring); the First Step Act issue presented by Carpenter, Jackson, and now on review by the Supreme Court in *Hewitt* and *Duffy*, presents "a question of extreme importance." *Id*. (Griffin, J., dissenting); and, "[t]he real human costs that this legal issue presents should not be overlooked" *(*Blumkatz, J., dissenting).

Carpenter continues to be diligent in presenting his issues concerning the First Step Act in his en banc petition to this Court and his Petition for Writ of Certiorari. Interests of justice should require that Carpenter be allowed to benefit from a favorable outcome in *Hewitt* and *Duffy.* It is reasonably anticipated the *Hewitt* and *Duffey* should proceed to briefing and argument before the Court in regular course.

WHEREFORE, for this reason, it is respectfully requested that this Court continue to hold his motion to recall the mandate in his case in abeyance pending the outcome in the *Hewitt* and *Duffy* cases before the Supreme Court; and, then permit Carpenter to present a further request for relief to this Court upon issuance of any favorable decision in those cases.

Respectfully submitted,

**GUREWITZ & RABEN, PLC**

|  | By: | s/Harold Gurewitz |
|---|---|---|

By: s/Harold Gurewitz
333 W. Fort Street, Suite 1400
Detroit, MI 48226
(313) 628-4733
Email: hgurewitz@grplc.com

Date: December 23, 2024        Attorney Bar Number: P14468

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2024, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all parties of record.

s/Harold Gurewitz (P14468)
Gurewitz & Raben, PLC
333 W. Fort Street, Suite 1400
Detroit, MI 48226
(313) 628-4733
Email: hgurewitz@grplc.com