Case No. 22-1198

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

**ORDER**

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

TIMOTHY IVORY CARPENTER

    Defendant - Appellant

BEFORE: KETHLEDGE and STRANCH, Circuit Judges.

Upon consideration of the Joint Motion to hold supplemental briefing in abeyance pending the resolution of Carpenter's currently pending motion in the district court to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255,

It is therefore ORDERED that the motion be and it hereby is **GRANTED.**

**ENTERED BY ORDER OF THE COURT**
Kelly L. Stephens, Clerk

Issued: September 09, 2025