UNITED STATES OF AMERICA,
PLAINTIFF-APPELLEE

COA #: 22-1198

V.

DIST. CT. NO. 12-20218

TIMOTHY CARPENTER
DEFENDANT-APPELLANT

Blake Hatlem, AUSA
U.S. Attorneys Office
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9613
Email: Blake.Hatlem@usdoj.gov

Harold Gurewitz (P14468)
Gurewitz & Raben, PLC
333 W. Fort Street, Suite 1400
Detroit, MI 48226
(313) 628-4733
Email: hgurewitz@grplc.com

Andrew C. Noll
U S Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
Andrew.Noll@usdoj.gov

### CARPENTER'S MOTION TO WITHDRAW PREVIOUS MOTION FOR ORDER TO RECALL MANDATE (DOC.39)

Defendant-Appellant Timothy Carpenter submits this Notification to advise the Court that no further action is required on his Motion to Recall Mandate, Doc 39, filed March 19, 2024, and that proceedings on that motion should be terminated for the reasons discussed below.

The Mandate in this case was issued case on September 27, 2023 (Doc. 36) after this Court denied Carpenter's Petition for en banc rehearing. (Doc. 35,

9/18/23). Carpenter then filed a timely Petition for Writ of Certiorari that was denied on February 21, 2024. *Carpenter v. United States*, Case No. 23-531.

Subsequently, on March 19, 2024, Carpenter filed a Motion for Order to Recall Mandate. (Doc. 39). He did so in order to ask this Court for relief on the issues he raised on appeal based on developments in other cases raising the same issues he presented concerning application of the First Step Act, Section 401(b), to resentencing after the effective date of the Act.

Carpenter initially asked this Court to recall the mandate in his case because the arguments he raised on appeal concerning application of the First Step Act had been presented to this Court in a petition for rehearing by the defendant in *United States v. Jackson,* 995 F3d 522, and because a favorable ruling in that case might provide reasons for relief in his appeal. (Doc. 39: Motion to Recall Mandate).

Carpenter next notified this Court on July 8, 2024 that an issue substantially identical to the one he had raised on appeal to this Court, had been presented to the Supreme Court in a Petition for Writ of Certiorari from the Fifth Circuit, *Hewitt v. United States*, Case No. 23-1002.When certiorari was granted in *Hewitt* in 2025, counsel for both parties filed a joint memorandum asking this Court to hold Carpenter's Motion to Recall Mandate in Abeyance. (Doc. 54, 8/26/25). This Court granted that motion on 9/9/25. (Doc. 55). His Motion to recall the mandate remains in abeyance.

After the Petition for Writ of Certiorari in *Hewitt* was filed in the Supreme Court, Carpenter also filed a timely motion in the district court pursuant to 28 USC §2255 asking the district court to vacate his sentence on the same grounds raised before this Court upon a favorable ruling by the Supreme Court in *Hewitt.* *United States v. Carpenter,* 12-20218-D4, ECF 721, filed 2/19/25. The Supreme Court heard arguments in *Hewitt* on January 13, 2025, and issued its opinion on June 26, 2025, ruling in favor of Hewitt.

Based on the Supreme Court's decision in *Hewitt*, the District Court in Mr. Carpenter's case ruled on Carpenter's §2255 motion on January 30, 2026. It granted his motion, vacated his sentence and has scheduled resentencing for May 7, 2026. Therefore, no further relief is necessary from this Court on his motion to recall mandate and he asks that proceedings on his motion to recall mandate (Doc. 39) be terminated.

Respectfully submitted,

**GUREWITZ & RABEN, PLC**

By:  s/Harold Gurewitz
333 W. Fort Street, Suite 1400
Detroit, MI 48226
(313) 628-4733
Email:  hgurewitz@grplc.com
Date:March 10, 2026          Attorney Bar Number: P14468

**CERTIFICATE OF SERVICE**

I hereby certify that on March 10, 2026, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all parties of record.

s/Harold Gurewitz (P14468)
Gurewitz & Raben, PLC
333 W. Fort Street, Suite 1400
Detroit, MI 48226
(313) 628-4733
Email: hgurewitz@grplc.com